JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY FERTIL,<br><br>        Plaintiff,<br><br>    v.<br><br>MERRICK B. GARLAND, ATTORNEY GENERAL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 21-cv-00115-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment [ECF No. 34]" filed substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Fictitiously named Defendants Does 1-10, inclusive, are **DISMISSED**.

3. Defendant Attorney General Merrick B. Garland shall have **JUDGMENT** in his favor, and against Plaintiff Bradley Fertil. Plaintiff Bradley Fertil shall take nothing by way of his complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 14, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE